# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRIAN MOORE,**

    **Plaintiff,**

  **v.**                                                                  Case No.:  2:14-cv-2333
                                                                         JUDGE GEORGE C. SMITH
                                                                         Magistrate Judge Kemp

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

      This case is before the Court on the Joint Stipulation to Remand to the Commissioner (Doc. 19).  The parties jointly stipulate and request this Court to enter an order and judgment reversing the final decision on the Commissioner of Social Security, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall hear evidence regarding Plaintiff's social functioning limitations.

      Accordingly, pursuant to the Joint Stipulation to Remand, the decision of the Commissioner of Social Security is hereby reversed and this action is remanded for further proceedings.  The Clerk is instructed to enter final judgment and close this case

      **IT IS SO ORDERED.**

                                                                       */s/ George C. Smith*
                                                                     **GEORGE C. SMITH, JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**